ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    FAX: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>APPLICATION BY THE UNITED STATES FOR A SEARCH WARRANT FOR ONE RESIDENCE FOR INVESTIGATION OF 21 U.S.C. § 841 AND OTHER OFFENSES. | **CASE NO. 4:23-mj-71863-DMR**<br><br>UNITED STATES' APPLICATION UNSEAL SEARCH WARRANT AND ORDER |

    The United States, through undersigned counsel, respectfully moves this Court to unseal the attached Search Warrant and Affidavit in Support of an Application for a Search Warrant, filed on December 11, 2023, in the above-captioned matter. Investigators executed the search warrant on or about December 14, 2023, and therefore, it is no longer necessary for the documents to be sealed.

DATED: August 22, 2024                                      Respectfully submitted,

                                                                           ISMAIL J. RAMSEY
                                                                           United States Attorney

                                                                           */s/ Michael G. Lagrama*
                                                                           MICHAEL G. LAGRAMA
                                                                           Assistant United States Attorney

**ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Search Warrant and Affidavit in Support of an Application for a Search Warrant, filed on December 11, 2023, in the above-captioned matter be unsealed.

IT IS SO ORDERED.

DATED: August 23, 2024

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge